# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH WESTBURG, <br><br> Plaintiff, <br><br> vs. <br><br> LAURIE LIPMAN, et al., <br><br> Defendants. | CASE NO. 18cv248-LAB (MDD) <br><br> **ORDER GRANTING STAY** |

The parties filed a joint motion for a stay while they attempt to mediate. The Court has broad discretion when it comes to managing its docket and deciding to stay cases. *Leyva v. Certified Grocers*, 593 F.2d 857, 863 (9th Cir. 1979). The Court agrees that a stay makes sense since mediation may resolve the case in a just, speedy, and inexpensive way. Fed. R. Civ. P. 1. But the Court will only stay the case for 60 days. If the parties don't file a notice of settlement by **May 21, 2018**, the Court will lift the stay, and the Defendants will be required to file a responsive pleading within 21 days. The motion for stay is temporarily **GRANTED**. [Dkt. 4.]

**IT IS SO ORDERED**.

Dated: March 21, 2018

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -