# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH WESTBURG and LAURIE LIPMAN,<br><br>                          Plaintiffs,<br><br>vs.<br><br>GOOD LIFE ADVISORS, LLC, et al.,<br><br>                         Defendants. | CASE NO. 18cv248-LAB (MDD)<br><br>**ORDER SETTING BRIEFING SCHEDULE;**<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES [Dkt. 21]**<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL [Dkt. 20]** |

Defendants have filed a Motion to Dismiss, and a hearing is scheduled for January 14, 2019. Dkt. 22. That will remain the hearing date, but the Court modifies the briefing schedule on Defendants' motion as follows: Plaintiffs' opposition shall be filed no later than **December 4, 2018**, and Defendants' reply, if any, shall be filed no later than **December 11, 2018**.

Defendants' Memorandum of Points and Authorities in support of their Motion to Dismiss is 40 pages, which exceeds this District's standard 25-page limit. LR 7.1(h). Accordingly, Defendants have moved for leave to file excess pages, arguing that this relief is necessary given the number of asserted causes of action and the choice-of-law

questions presented.  Defendants' Motion for Leave to File Excess Pages is **GRANTED**. Dkt. 21.  The Court accepts this oversize filing.  Dkt. 22.

Defendants also move to substitute counsel.  Dkt. 20.  That motion is **GRANTED**. The Clerk shall update the docket accordingly.

**IT IS SO ORDERED**.

Dated: November 13, 2018

**HONORABLE LARRY ALAN BURNS**
United States District Judge